# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br>In the Matter of the Extradition of<br>Riccardo Paolo SPAGNI a/k/a Ricardo Paolo Spagni<br><br>*Defendant* | )<br>)<br>)  Case No. 21-mj-4149<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Riccardo Paolo SPAGNI a/k/a Ricardo Paolo Spagni,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Being a fugitive from South Africa, South Africa, for commiting fraud, in violation of the criminal laws of South Africa.

Date: 07/21/2021

*Issuing officer's signature*

City and state: Nashville, Tennessee

Alistair E. Newbern, USMJ
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*