# United States District Court

## Central District of California

### CERTIFICATE OF GOOD STANDING

I, KIRY K. GRAY, Clerk of this Court, certify that

__Brian E. Klein__, Bar No. __258486__

was duly admitted to practice in this Court on __November 6, 2012__
DATE

and is inactive and in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on __July 28, 2021__
Date

KIRY K. GRAY
Clerk of Court

By _____
Lupe Thrasher, Deputy Clerk

G-52A (10/15)   CERTIFICATE OF GOOD STANDING - INACTIVE BAR MEMBER