# EXHIBIT 2

*COVID Related Correspondence with State Advocate Berry*

**From:** Tillette Berry <Tberry@npa.gov.za>
**Sent:** Friday, 19 June 2020 12:41
**To:** keith@keithgessattorneys.co.za
**Subject:** FW: From: Dr. Herman Nel



Tillette Berry
State Advocate
The Office of the Director of Public Prosecutions
National Prosecuting Authority
115 Buitengracht, Cape Town, 8000
Private Bag X9003, Cape Town, 8000

Tel: +27 21 487 7000
Fax: +27 21 487 7167
Ext: 21 7225

E-mail: tberry@npa.gov.za
Web: www.npa.gov.za



**From:** Simelela Nokwanda <NSimelela@justice.gov.za>
**Sent:** Friday, 19 June 2020 12:38
**To:** Tillette Berry <Tberry@npa.gov.za>
**Subject:** RE: From: Dr. Herman Nel

1

Good afternoon

Thank you for the communication. The date of the 02/07/2020 will then be treated as a provisional date. Let us discuss the matter further on the next court date. The issue of micro soft teams is not opposed as a way forward by the Judiciary. However there are some issues to be ironed out first.

Regards
NSimelela

**From:** Tillette Berry [mailto:Tberry@npa.gov.za]
**Sent:** 18 June 2020 05:00 PM
**To:** Simelela Nokwanda
**Cc:** Davids Neelfah (NPA Contact)
**Subject:** FW: From: Dr. Herman Nel

Dear Ms Simelela
Please find attached communication received from Mr Gess in the matter of The State and Ricardo Spagni. Your further direction in this regard is eagerly awaited.

Kind regards



Tillette Berry
State Advocate
The Office of the Director of Public Prosecutions
National Prosecuting Authority
115 Buitengracht, Cape Town, 8000
Private Bag X9003, Cape Town, 8000

Tel: +27 21 487 7000
Fax: +27 21 487 7167
Ext: 21 7225

E-mail: tberry@npa.gov.za
Web: www.npa.gov.za

**From:** keith@keithgessattorneys.co.za <keith@keithgessattorneys.co.za>
**Sent:** Thursday, 18 June 2020 15:32
**To:** Tillette Berry <Tberry@npa.gov.za>
**Subject:** FW: From: Dr. Herman Nel

Dea Adv Berry

My client indicated that he is not comfortable travelling and attending Court in our hotspot city.

He suffers from chronic asthma and is overweight.

This is his doctors letter, should you require more detail I will request it from them.

Kind regards,
Keith Gess

2

Case 3:21-mj-04149   Document 6-2   Filed 07/30/21   Page 3 of 16 PageID #: 82

**Keith Gess Attorneys**

7TH FLOOR, MANDELA RHODES PLACE,
CNR WALE & BURG STREET, CAPE TOWN, 8001
KEITH@KEITHGESSATTORNEYS.CO.ZA
WWW.KEITHGESSATTORNEYS.CO.ZA
TEL (021) 410 8760 CELL 082 850 3949

**From:** Riccardo Spagni
**Sent:** Thursday, 18 June 2020 12:03
**To:** keith@keithgessattorneys.co.za
**Subject:** Fwd: From: Dr. Herman Nel

---------- Forwarded message ----------
From: Dr H Nel <neladmin@medcomp.co.za>
Date: Thursday, June 18 2020 at 12:01 PM SAST
Subject: From: Dr. Herman Nel
To:

---

**Confidentiality and Disclaimer**

This e-mail transmission, including the attachments (hereinafter collectively referred to as this e-mail) contains information that is confidential and subject to legal privilege intended only for use by the individual or entity to which it is originally addressed. Access by anyone else is unauthorised. If you are not the intended recipient or a person responsible for delivering this e-mail to the intended recipient, be advised that you have received this e-mail in error and you must delete this e-mail in its entirety immediately. Any unauthorised disclosure, dissemination, reliance, use, interception, alteration, tampering or any other form of corruption of this e-mail or any part hereof is strictly forbidden. E-mails cannot be guaranteed to be secure or free of errors or viruses. As such, NPA advise you to carry out your own virus checks, as neither NPA nor the sender accept any liability whatsoever, arising from this e-mail or for any consequence of its use or storage. No stated, tacit or implied view, opinion, advice or position of the sender necessarily represents that of the NPA. If verification of this e-mail is required, please request a hard-copy version on an official letterhead of the NPA. Copyright in this e-mail is and remains vested in the NPA and/or in the sender. NPA fully reserves the right, without notice, to monitor outgoing and incoming e-mail and other transmissions or communications on, in, through or by means of its e-mail and telecommunications systems.

The National Prosecuting Authority of South Africa

**From:** Tillette Berry <Tberry@npa.gov.za>
**Sent:** Friday, 19 June 2020 12:48
**To:** Simelela Nokwanda <NSimelela@justice.gov.za>
**Cc:** Neelfah Davids <ndavids@npa.gov.za>; keith@keithgessattorneys.co.za
**Subject:** RE: From: Dr. Herman Nel

Dear Ms Simelela

Thank you for your response. In the circumstances if I may suggest, we ask Mr Gess to indicate to us when in October 2020 he is available and then we postpone it to two days in October 2020 and have the warrant issued on 2.7 and stayed until the date in October. If the Court can accommodate the matter in October 2020. I am available the month of October.

Mr Gess await feedback from you then.

Kind regards



Tillette Berry
State Advocate
The Office of the Director of Public Prosecutions
National Prosecuting Authority
115 Buitengracht, Cape Town, 8000

Tel: +27 21 487 7000
Fax: +27 21 487 7167
Ext: 21 7225

E-mail: tberry@npa.gov.za



1

**From:** Simelela Nokwanda <NSimelela@justice.gov.za>
**Sent:** Friday, 19 June 2020 12:38
**To:** Tillette Berry <Tberry@npa.gov.za>
**Subject:** RE: From: Dr. Herman Nel

Good afternoon

Thank you for the communication. The date of the 02/07/2020 will then be treated as a provisional date. Let us discuss the matter further on the next court date. The issue of micro soft teams is not opposed as a way forward by the Judiciary. However there are some issues to be ironed out first.

Regards
NSimelela

**From:** Tillette Berry [mailto:Tberry@npa.gov.za]
**Sent:** 18 June 2020 05:00 PM
**To:** Simelela Nokwanda
**Cc:** Davids Neelfah (NPA Contact)
**Subject:** FW: From: Dr. Herman Nel

Dear Ms Simelela
Please find attached communication received from Mr Gess in the matter of The State and Ricardo Spagni. Your further direction in this regard is eagerly awaited.

Kind regards



| | | |
|---|---|---|
| Tillette Berry | Tel: | +27 21 487 7000 |
| State Advocate | Fax: | +27 21 487 7167 |
| The Office of the Director of Public Prosecutions | Ext: | 21 7225 |
| National Prosecuting Authority | | |
| 115 Buitengracht, Cape Town, 8000 | E-mail: | tberry@npa.gov.za |
| Private Bag X9003, Cape Town, 8000 | Web: | www.npa.gov.za |



**From:** keith@keithgessattorneys.co.za <keith@keithgessattorneys.co.za>
**Sent:** Thursday, 18 June 2020 15:32
**To:** Tillette Berry <Tberry@npa.gov.za>
**Subject:** FW: From: Dr. Herman Nel

Dea Adv Berry

My client indicated that he is not comfortable travelling and attending Court in our hotspot city.

He suffers from chronic asthma and is overweight.

2

This is his doctors letter, should you require more detail I will request it from them.

Kind regards,
Keith Gess

**KEITH GESS ATTORNEYS**

7TH FLOOR, MANDELA RHODES PLACE
CNR WALE & BURG STREET, CAPE TOWN 8001
KEITH@KEITHGESSATTORNEYS.CO.ZA
WWW.KEITHGESSATTORNEYS.CO.ZA
TEL (0)11 410 8790 CELL 082 856 3240

**From:** Riccardo Spagni 
**Sent:** Thursday, 18 June 2020 12:03
**To:** keith@keithgessattorneys.co.za
**Subject:** Fwd: From: Dr. Herman Nel

---------- Forwarded message ----------
From: Dr H Nel <neladmin@medcomp.co.za>
Date: Thursday, June 18 2020 at 12:01 PM SAST
Subject: From: Dr. Herman Nel
To:

**Confidentiality and Disclaimer**

This e-mail transmission, including the attachments (hereinafter collectively referred to as this e-mail) contains information that is confidential and subject to legal privilege intended only for use by the individual or entity to which it is originally addressed. Access by anyone else is unauthorised. If you are not the intended recipient or a person responsible for delivering this e-mail to the intended recipient, be advised that you have received this e-mail in error and you must delete this e-mail in its entirety immediately. Any unauthorised disclosure, dissemination, reliance, use, interception, alteration, tampering or any other form of corruption of this e-mail or any part hereof is strictly forbidden. E-mails cannot be guaranteed to be secure or free of errors or viruses. As such, NPA advise you to carry out your own virus checks, as neither NPA nor the sender accept any liability whatsoever, arising from this e-mail or for any consequence of its use or storage. No stated, tacit or implied view, opinion, advice or position of the sender necessarily represents that of the NPA. If verification of this e-mail is required, please request a hard-copy version on an official letterhead of the NPA. Copyright in this e-mail is and remains vested in the NPA

Case 3:21-mj-04149   Document 6-2   Filed 07/30/21   Page 7 of 16 PageID #: 86

and/or in the sender. NPA fully reserves the right, without notice, to monitor outgoing and incoming e-mail and other transmissions or communications on, in, through or by means of its e-mail and telecommunications systems.

The National Prosecuting Authority of South Africa

4

Case 3:21-mj-04149   Document 6-2   Filed 07/30/21   Page 8 of 16 PageID #: 87

# Dr. Herman Nel

M.B.Ch.B. (UFS)     Reg. MP 0346578     Pr. 1455141

P.O. Box 41  
4 Robberg Road  
Plettenberg Bay  
6600

Tel: +27 (0) 44 533 0186  
Fax: +27 (0) 44 533 0187  
neladmin@medcomp.co.za

17 June 2020

<u>To whom it may concern</u>

<u>Mr. Riccardo Spagni</u>  
<u>ID:</u> ▮▮▮▮▮▮▮▮▮▮

Mr. Spagni has several medical conditions that places him at an extremely high risk of life-threatening complications should he be infected by the Covid-19 virus.

It would be in the patient's best interest not to travel to any high-risk areas.

Thank you

..................................  
Dr. Herman Nel  
MBChB

FYI

Kind regards,
Keith Gess



7TH FLOOR, MANDELA RHODES PLACE,
CNR WALE & BURG STREET, CAPE TOWN 8001
KEITH@KEITHGESSATTORNEYS.CO.ZA
WWW.KEITHGESSATTORNEYS.CO.ZA
TEL (021) 410 8790 CELL 082 856 3249

---

**From:** Tillette Berry <Tberry@npa.gov.za>
**Sent:** Friday, 19 June 2020 14:05
**To:** DIETER FITSCHEN (dfitschen@justice.gov.za) <dfitschen@justice.gov.za>; Triegaardt Rozelle (RTriegaardt@justice.gov.za) <RTriegaardt@justice.gov.za>
**Cc:** Neelfah Davids <ndavids@npa.gov.za>
**Subject:** State v Ricardo Spagni (Cape Town Regional Crt 2 July 2020

Dear Mr Fitschen and Ms Triegaardt
Please take note that the said matter will not run 2 and 3.7.2020 due to the accused's medical scenario as per his physicians direction. We have arranged two new dates for the continuation of the trial – 8 and 9 October 2020. A warrant will be issued for the accused and stayed until 8 October 2020. I am in Cape Town Regional Crt on 30 June and 1 July and if my matter run with Ms vd Merwe on those two days I will go and draw the charge sheet and enrol it for the warrant to be issued and stayed. Should my trial not run on 30 June and 1 July I will approach you to request that one of my colleagues attending to the Regional Crt matters on 2 July attend to it.

Many thanks for your continued assistance.

Warm-regards



Tillette Berry
State Advocate
The Office of the Director of Public Prosecutions
National Prosecuting Authority
115 Buitengracht, Cape Town, 8000
Private Bag X9003, Cape Town, 8000

Tel:    +27 21 487 7000
Fax:    +27 21 487 7167
Ext:    21 7225

E-mail: tberry@npa.gov.za
Web:    www.npa.gov.za



**From:** Tillette Berry
**Sent:** Friday, 19 June 2020 13:55
**To:** 'Simelela Nokwanda' <NSimelela@justice.gov.za>; keith@keithgessattorneys.co.za

Cc: Neelfah Davids <ndavids@npa.gov.za>
Subject: RE: From: Dr. Herman Nel

Dear Mrs Simelela
Many thanks, we take 8 and 9 October 2020. Would the Court please then issue warrant and have it stayed till 8.10.2020.

Kind regards



Tillette Berry
State Advocate
The Office of the Director of Public Prosecutions
National Prosecuting Authority
115 Buitengracht, Cape Town, 8000
Private Bag X9003, Cape Town, 8000

Tel:     +27 21 487 7000
Fax:    +27 21 487 7167
Ext:    21 7225

E-mail: tberry@npa.gov.za
Web:   www.npa.gov.za



**From:** Simelela Nokwanda <NSimelela@justice.gov.za>
 ent: Friday, 19 June 2020 13:26
**To:** keith@keithgessattorneys.co.za; Tillette Berry <Tberry@npa.gov.za>
**Cc:** Neelfah Davids <ndavids@npa.gov.za>
**Subject:** RE: From: Dr. Herman Nel

I am in Cape Town the week of 5-9 October so we can take both the 8 and 9 October.

**From:** keith@keithgessattorneys.co.za [mailto:keith@keithgessattorneys.co.za]
**Sent:** 19 June 2020 01:18 PM
**To:** Berry Tillette (NPA Contact); Simelela Nokwanda
**Cc:** Davids Neelfah (NPA Contact)
**Subject:** RE: From: Dr. Herman Nel

Dear all

I am available on the following dates in October : 8;9;12;13;14;15;16;26;27;28;29&30.

 will be postponing several matters next week for trial so I would appreciate it if we can agree on dates asap.

Kind regards,
Keith Gess



**KEITH GESS ATTORNEYS**

---

**From:** Tillette Berry <Tberry@npa.gov.za>
**Sent:** Friday, 19 June 2020 12:48
**To:** Simelela Nokwanda <NSimelela@justice.gov.za>
**Cc:** Neelfah Davids <ndavids@npa.gov.za>; keith@keithgessattorneys.co.za
**Subject:** RE: From: Dr. Herman Nel

Dear Ms Simelela

Thank you for your response. In the circumstances if I may suggest, we ask Mr Gess to indicate to us when in October 2020 he is available and then we postpone it to two days in October 2020 and have the warrant issued on 2.7 and stayed until the date in October. If the Court can accommodate the matter in October 2020. I am available the month of October.

Mr Gess await feedback from you then.

Kind regards



Tillette Berry
State Advocate
The Office of the Director of Public Prosecutions
National Prosecuting Authority
115 Buitengracht, Cape Town, 8000
Private Bag X9003, Cape Town, 8000

Tel: +27 21 487 7000
Fax: +27 21 487 7167
Ext: 21 7225

E-mail: tberry@npa.gov.za
Web: www.npa.gov.za



**From:** Simelela Nokwanda <NSimelela@justice.gov.za>
**Sent:** Friday, 19 June 2020 12:38
**To:** Tillette Berry <Tberry@npa.gov.za>
**Subject:** RE: From: Dr. Herman Nel

Good afternoon

Thank you for the communication. The date of the 02/07/2020 will then be treated as a provisional date. Let us discuss the matter further on the next court date. The issue of micro soft teams is not opposed as a way forward by the Judiciary. However there are some issues to be ironed out first.

Regards

4

NSimelela

**From:** Tillette Berry [mailto:Tberry@npa.gov.za]
**Sent:** 18 June 2020 05:00 PM
**To:** Simelela Nokwanda
**Cc:** Davids Neelfah (NPA Contact)
**Subject:** FW: From: Dr. Herman Nel

Dear Ms Simelela
Please find attached communication received from Mr Gess in the matter of The State and Ricardo Spagni. Your further direction in this regard is eagerly awaited.

Kind regards



| | | |
|---|---|---|
| Tillette Berry | Tel: | +27 21 487 7000 |
| State Advocate | Fax: | +27 21 487 7167 |
| The Office of the Director of Public Prosecutions | Ext: | 21 7225 |
| National Prosecuting Authority | | |
| 115 Buitengracht, Cape Town, 8000 | E-mail: | tberry@npa.gov.za |
| Private Bag X9003, Cape Town, 8000 | Web: | www.npa.gov.za |



**From:** keith@keithgessattorneys.co.za <keith@keithgessattorneys.co.za>
**Sent:** Thursday, 18 June 2020 15:32
**To:** Tillette Berry <Tberry@npa.gov.za>
**Subject:** FW: From: Dr. Herman Nel

Dea Adv Berry

My client indicated that he is not comfortable travelling and attending Court in our hotspot city.

He suffers from chronic asthma and is overweight.

This is his doctors letter, should you require more detail I will request it from them.

..ind regards,
Keith Gess



KEITH GESS
ATTORNEYS

7TH FLOOR, MANDELA RHODE PLACE
CNR WALE & BURG STREET, CAPE TOWN, 8001
KEITH@KEITHGESSATTORNEYS.CO.ZA
WWW.KEITHGESSATTORNEYS.CO.ZA
T: (021) 110 8760 cell: 082 890 0000

5

**From:** Riccardo Spagni ▓▓▓▓▓▓▓▓▓▓
**Sent:** Thursday, 18 June 2020 12:03
**To:** keith@keithgessattorneys.co.za
**Subject:** Fwd: From: Dr. Herman Nel

¤

---------- Forwarded message ----------
From: Dr H Nel <neladmin@medcomp.co.za>
Date: Thursday, June 18 2020 at 12:01 PM SAST
Subject: From: Dr. Herman Nel
To: ▓▓▓▓▓▓▓▓▓▓

**Confidentiality and Disclaimer**

This e-mail transmission, including the attachments (hereinafter collectively referred to as this e-mail) contains information that is confidential and subject to legal privilege intended only for use by the individual or entity to which it is originally addressed. Access by anyone else is unauthorised. If you are not the intended recipient or a person responsible for delivering this e-mail to the intended recipient, be advised that you have received this e-mail in error and you must delete this e-mail in its entirety immediately. Any unauthorised disclosure, dissemination, reliance, use, interception, alteration, tampering or any other form of corruption of this e-mail or any part hereof is strictly forbidden. E-mails cannot be guaranteed to be secure or free of errors or viruses. As such, NPA advise you to carry out your own virus checks, as neither NPA nor the sender accept any liability whatsoever, arising from this e-mail or for any consequence of its use or storage. No stated, tacit or implied view, opinion, advice or position of the sender necessarily represents that of the NPA. If verification of this e-mail is required, please request a hard-copy version on an official letterhead of the NPA. Copyright in this e-mail is and remains vested in the NPA and/or in the sender. NPA fully reserves the right, without notice, to monitor outgoing and incoming e-mail and other transmissions or communications on, in, through or by means of its e-mail and telecommunications systems.

The National Prosecuting Authority of South Africa

---

Privileged/Confidential information may be contained in this message.  If you are not
the addressee indicated in this message (or responsible for delivery of the message to
such person) you may not copy or deliver this message to anyone.  In such case, you
should destroy this message and kindly notify the sender by reply E-Mail. Please advise
immediately if you or your employer do not consent to e-mail messages of this
kind.  Opinions, conclusions and other information in this message that do not relate to
the official business of the Department of Justice and Constitutional Development shall
be understood as neither given nor endorsed by it. All views expressed herein are the
views of the author and do not reflect the views of the Department of Justice unless
specifically stated otherwise.

Privileged/Confidential information may be contained in this message.  If you are not
the addressee indicated in this message (or responsible for delivery of the message to
such person) you may not copy or deliver this message to anyone.  In such case, you

should destroy this message and kindly notify the sender by reply E-Mail. Please advise immediately if you or your employer do not consent to e-mail messages of this kind. Opinions, conclusions and other information in this message that do not relate to the official business of the Department of Justice and Constitutional Development shall be understood as neither given nor endorsed by it. All views expressed herein are the views of the author and do not reflect the views of the Department of Justice unless specifically stated otherwise.

# Dr. Herman Nel

M.B.Ch.B. (UFS)     Reg. MP 0346578     Pr. 1455141

P.O. Box 41  
4 Robberg Road  
Plettenberg Bay  
6600

Tel: +27 (0) 44 533 0186  
Fax: +27 (0) 44 533 0187  
neladmin@medcomp.co.za

September 29, 2020

<u>To whom it may concern</u>

Mr Riccardo Spagni

ID: ▮▮▮▮▮▮▮▮▮

Mr Spagni suffers from - Asthma, Obesity and Mild hypertension - all of these place him at an extremely high risk of life-threatening complications should he be infected by the Covid-19 virus.

The patient does not feel emotionally fit to expose himself to possible Covid-19 infection at this time.

It would be in the patient's best interest not to travel to any high-risk areas.

Thank you

.................../signature/

Dr Herman Nel  
MBChB

DR HERMAN NEL  
Practice No: 1455141  
P O Box 41  
Plettenberg Bay 6600  
Tel: 044 533 0186  
neladmin@medcomp.co.za