# EXHIBIT 3

*Spagni Form I-797B
Notice of Action*




# I-797B | NOTICE OF ACTION | DEPARTMENT OF HOMELAND SECURITY
U.S. CITIZENSHIP AND IMMIGRATION SERVICES



| Receipt Number<br>WAC2032650101 | | Case Type<br>I129 - PETITION FOR A NONIMMIGRANT WORKER |
|---|---|---|
| Received Date<br>09/28/2020 | Priority Date | Petitioner<br>ACCESSCOIN LLC |
| Notice Date<br>10/07/2020 | Page<br>1 of 2 | Beneficiary<br>SPAGNI, RICCARDO PAOLO |

| ACCESSCOIN LLC<br>c/o JASON SUSSER<br>SISKIND SUSSER PC<br>1028 OAKHAVEN RD<br>MEMPHIS TN 38119 | Notice Type: Approval Notice<br>Class: O1A<br>Valid from 12/01/2020 to 11/30/2023<br>Consulate: CAPE TOWN |
|---|---|

The above petition has been approved, and notification has been sent to the listed consulate. You may also send the tear-off bottom part of this notice to the worker(s) to show the approval. Please contact the consulate with any questions about visa issuance. **THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

Petition approval does not authorize employment or training. When the workers are granted status upon admission to the United States, they can then work for the petitioner, but only as detailed in the petition and for the period authorized. When seeking admission to the United States, the following classifications may be eligible for a grace period of up to 10 days before, and up to 10 days after the petition validity period: CW-1, E-1, E-2, E-3, H-1B, H-2B, H-3, L-1A, L-1B, O-1, O-2, P-1, P-2, P-3, TN-1, and TN-2. H-2A nonimmigrants may be eligible for a grace period of up to one week before and 30 days after the petition validity period. If provided at admission, this grace period will be annotated on the beneficiary's I-94 by Customs and Border Protection (CBP). The grace period is a period of authorized stay but does not provide the beneficiary authorization to work beyond the petition validity period. Please contact the IRS with any questions about tax withholding.

If circumstances change, the petitioner can file Form I-824 to have us notify another consulate of this approval. If any of the workers are already in the U.S. the petitioner can file a new Form I-129 to seek to change or extend their status based on this petition. Changes in employment or training may also require a new petition. Include a copy of this notice with any other required documentation.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

Number of workers: 1

Please see the additional information on the back. You will be notified separately about any other cases you filed.

California Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 30111
Laguna Niguel CA 92607-0111
USCIS Contact Center: www.uscis.gov/contactcenter

Please tear off portion below and forward it to the alien worker.

---

The alien may use this portion when applying for a visa at an American consulate abroad, or if no visa is required, when applying for admission to the U.S.

Receipt#: WAC2032650101   Case Type: I129
Notice Date: October 07, 2020   Petitioner: ACCESSCOIN LLC,
Petitioner Validity Dates: Valid from 12/01/2020 to 11/30/2023   Number of Workers: 1

| Name | DOB | COB | Class | Consulate/POE | OCC |
|---|---|---|---|---|---|
| SPAGNI, RICCARDO PAOLO | | SOUTH AFRICA | O1A | CAPE TOWN | 010 |

FORM I-797B (REV. 08/01/16)



| Receipt Number | | Case Type |
|---|---|---|
| WAC2032650101 | | I129 - PETITION FOR A NONIMMIGRANT WORKER |
| **Received Date** 09/28/2020 | **Priority Date** | **Petitioner** ACCESSCOIN LLC |
| **Notice Date** 10/07/2020 | **Page** 2 of 2 | **Beneficiary** SPAGNI, RICCARDO PAOLO |

| Name | DOB | COB | Class | Consulate/POE | OCC |
|---|---|---|---|---|---|
| SPAGNI, RICCARDO PAOLO | | SOUTH AFRICA | O1A | CAPE TOWN | 010 |

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

**NOTICE:** Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

California Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 30111
Laguna Niguel CA 92607-0111
USCIS Contact Center: www.uscis.gov/contactcenter



Please tear off portion below and forward it to the alien worker.

---

The alien may use this portion when applying for a visa at an American consulate abroad, or if no visa is required, when applying for admission to the U.S.

| | |
|---|---|
| **INTENTIONALLY LEFT BLANK** | **INTENTIONALLY LEFT BLANK** |
| **INTENTIONALLY LEFT BLANK** | **INTENTIONALLY LEFT BLANK** |
| **INTENTIONALLY LEFT BLANK** | **INTENTIONALLY LEFT BLANK** |
| **INTENTIONALLY LEFT BLANK** | **INTENTIONALLY LEFT BLANK** |
| **INTENTIONALLY LEFT BLANK** | **INTENTIONALLY LEFT BLANK** |
| **INTENTIONALLY LEFT BLANK** | **INTENTIONALLY LEFT BLANK** |
| **INTENTIONALLY LEFT BLANK** | **INTENTIONALLY LEFT BLANK** |
| **INTENTIONALLY LEFT BLANK** | **INTENTIONALLY LEFT BLANK** |

FORM I-797B [REV. 08/01/16]