# EXHIBIT 4

*March 1, 2021 Email Exchange Between Colonel Esterheyse and Advocate Burke*

**Henry Leventis**

| | |
|---|---|
| Sent: | Friday, July 30, 2021 6:41 AM |
| Subject: | UK MLA Request |

---------- Forwarded message ---------
From: **Esterhuyse WA - Colonel** <EsterhuyseWA@saps.gov.za>
Date: Mon, 1 Mar 2021 at 07:51
Subject: UK MLA Request
To: Christopher CL. Burke <CBurke@npa.gov.za>
Cc: ric@▮.org <ric@▮.org>

Good day Adv. Burke

Mr. Spangi was contacted and he is prepared to assist.

He is still residing in Plettenberg Bay.

He can be contacted at cell 071 ▮, email ric@▮.org or his secretary Kim at 072 ▮.

Regards

## Colonel WA Esterhuyse

**Commercial Crime, Cape Town**

**Directorate for Priority Crime Investigation**

**Commercial Crime**

**WESTERN CAPE**

**Tel : 021-918 3611**

**Mobile : 082 463 9795**

**e-mail : esterhuysewa@saps.gov.za**



**From:** Christopher CL. Burke [mailto:CBurke@npa.gov.za]
**Sent:** 01 March 2021 11:41
**To:** Esterhuyse WA - Colonel
**Subject:** UK MLA Request

Beste Kol

Is daar enige vordering hier en kon u al my instruksies voltooi?

Groete

Christopher Burke



*Christopher Burke*

*State Advocate*

*Director of Public Prosecutions Cape Town*

*National Prosecuting Authority*

*Tel: 021 487 7342*

*Cel: 073 155 8049*



**Confidentiality and Disclaimer**

This e-mail transmission, including the attachments (hereinafter collectively referred to as this e-mail) contains information that is confidential and subject to legal privilege intended only for use by the individual or entity to which it is originally addressed. Access by anyone else is unauthorised. If you are not the intended recipient or a person responsible for delivering this e-mail to the intended recipient, be advised that you have received this e-mail in error and you must delete this e-mail in its entirety immediately. Any unauthorised disclosure, dissemination, reliance, use, interception, alteration, tampering or any other form of corruption of this e-mail or any part hereof is strictly forbidden. E-mails cannot be guaranteed to be secure or free of errors or viruses. As such, NPA advise you to carry out your own virus checks, as neither NPA nor the sender accept any liability whatsoever, arising from this e-mail or for any consequence of its use or storage. No stated, tacit or implied view, opinion, advice or position of the sender necessarily represents that of the NPA. If verification of this e-mail is required, please request a hard-copy version on an official letterhead of the NPA. Copyright in this e-mail is and remains vested in the NPA and/or in the sender. NPA fully reserves the right, without notice, to monitor outgoing and incoming e-mail and other transmissions or communications on, in, through or by means of its e-mail and telecommunications systems.

[The National Prosecuting Authority of South Africa](#)

This e-mail and any attachments thereto are strictly confidential and are intended solely for the use of the addressee. Should you not be the intended addressee, please delete this e-mail message immediately. While care is taken in preparing this document, no representation, warranty or undertaking (expressly or implied) is given and no responsibility nor liability is accepted by the SAPS as to the accuracy of the information contained herein, that the email is free of viruses, or for any damages that may occur from receiving or opening this email.