# EXHIBIT 5

*Spagni's Central Hudson Power Bills*

