# EXHIBIT 6

*Absa Bank Affidavits*

ANNEXURE TO AFFIDAVIT IN TERMS OF SECTION 236 OF ACT 51 OF 1977

(Exposition of accounting records and/or documents attached hereto.)

1. Copies of the entries in the **SAVINGS ACCOUNT**

   (Nature of account e.g. current/savings)

   Account of

   **MR RP SPAGNI**

   (Name of account holder)

   Being account number

   ███████3591

   For the period from

   01/11/2009 to 2011/05/31

2. Copies of the following documentation pertaining to the abovementioned account:

   2.1. COPY OF BANK STATEMENTS.

   _____
   SIGNATURE OF DEPONENT

   _____
   SIGNATURE OF COMMISSIONER OF OATHS

   An 2003 Ed.)

# AFFIDAVIT

I, the undersigned Thembi Mabaso do hereby state under oath, that I am an adult female Quality Assurance Consultant employed by Absa bank in the service of the Subpoenas Department situated at 16 A Central Avenue, Kempton Park.

I am duly authorized on behalf of Absa bank, to depose to this affidavit.

I declare that the contents of this statement are both true and correct.

This statement has been made with the knowledge that if it were tendered into a court, I could be liable to prosecution if I have willfully stated in it anything which I believe to be false or which I do not believe to be true.

I declare that I made this affidavit freely and voluntarily, that I am in my sound and sober senses and that I was not unduly influenced thereto.

I have been warned that anything I may say may be reduced to writing and that it may be used as evidence against me.

I have examined the records and the documents relating to this enquiry and hereby advise that after diligent search, we regret to inform you that the opening documents could not be located or traced.

- **CLIENT** : MR RP SPAGNI
- **ACCOUNT NO** : ▇▇▇▇▇▇6080
- **ID/REG. NUMBER** : ▇▇▇▇▇▇3591

- **I know and understand the contents of this statement.**
- **I have no objection against taking the prescribed oath.**
- **I consider the oath to be binding on my conscience.**

**THIS STATEMENT IS TRUE AND CORRECT - SO HELP ME GOD**

..................................
**SIGNATURE**

1

ANNEXURE TO AFFIDAVIT IN TERMS OF SECTION 236 OF ACT 51 OF 1977

(Exposition of accounting records and/or documents attached hereto.)

1. Copies of the entries in the SAVINGS ACCOUNT

    (Nature of account e.g. current/savings)

    Account of

    **MR RP SPAGNI**

    (Name of account holder)

    Being account number

    ███████3591

    For the period from

    01/11/2009 to 2011/05/31

2. Copies of the following documentation pertaining to the abovementioned account:

    **2.1. COPY OF BANK STATEMENTS.**

_____
**SIGNATURE OF DEPONENT**

_____
**SIGNATURE OF COMMISSIONER OF OATHS**

An 2003 Ed.)

# AFFIDAVIT

I, the undersigned Thembi Mabaso do hereby state under oath, that I am an adult female Quality Assurance Consultant employed by Absa bank in the service of the Subpoenas Department situated at 16 A Central Avenue, Kempton Park.

I am duly authorized on behalf of Absa bank, to depose to this affidavit.

I declare that the contents of this statement are both true and correct.

This statement has been made with the knowledge that if it were tendered into a court, I could be liable to prosecution if I have willfully stated in it anything which I believe to be false or which I do not believe to be true.

I declare that I made this affidavit freely and voluntarily, that I am in my sound and sober senses and that I was not unduly influenced thereto.

I have been warned that anything I may say may be reduced to writing and that it may be used as evidence against me.

I have examined the records and the documents relating to this enquiry and hereby advise that after diligent search, we regret to inform you that the opening documents could not be located or traced.

- **CLIENT** : MR RP SPAGNI
- **ACCOUNT NO** : ██████6080
- **ID/REG. NUMBER** : ██████3591

- I know and understand the contents of this statement.
- I have no objection against taking the prescribed oath.
- I consider the oath to be binding on my conscience.

**THIS STATEMENT IS TRUE AND CORRECT - SO HELP ME GOD**

..................................
**SIGNATURE**

I certify that the deponent acknowledged that he/she knew and understood the contents of the above declaration, that I duly administered the oath prescribed by Regulation Number R1258 of July 1972, and thereafter the deponent in my presence signed the declaration.


**SIGNED AT KEMPTON PARK ON THIS ___ DAY OF _____ 2015**

_____
Full names and designation
Of Commissioner of Oaths

## ANNEXURE TO AFFIDAVIT IN TERMS OF SECTION 236 OF ACT 51 OF 1977
(Exposition of accounting records and/or documents attached hereto.)

1. Copies of the entries in **SAVINGS ACCOUNT** (Nature of account eg. current/savings) account of

**MR RP SPAGNI**

being account number

████ 7260
████ 2919
████ 4866

for the period from

2. Copies of the following documentation pertaining to the abovementioned account:

**2.1 COPY OF CLIENT BANK STATEMENTS**

**2.2 COPY OF CLIENT COMPREHENSIVE DETAILS**

**2.3 AFTER A DILIGENT SEARCH THE BANK IS TO PROVIDE THE REQUESTED OPENING DOCUMENTS FOR THE FOLLOWING REASON: FIRE OCCURRED AT THE FICA CENTRE AND DOCUMENTS WERE DESTROYED.**

_____
**SIGNATURE OF DEPONENT**

**SIGNATURE OF COMMISSIONER OF OATHS**

an 2003 ed.)

Signature/Handtekening
Commissioner of Oaths/Kommissaris van Ede - Ex Officio
Full Names/Volle Name: **CHIPO NGANGA**
Date/Datum: 12-04-... Capacity/Hoedanigheid: **TEAM LEADER**
Street Address/Straatadres: 16A Central Avenue, Kempton Park, 1619
**ABSA** CLIENT CARE
Bank Limited/Beperk CENTRAL AVENUE KEMPTON PARK / 6820
Reg. No. 1986/004794/06

# AFFIDAVIT IN TERMS OF SECTION 236 OF THE CRIMINAL PROCEDURE ACT 51 OF 1977

(Proof of entries in accounting records and/or documentation of banks)

I, the undersigned **Chervonne Volmenk** do hereby state under oath that:

1. I am an adult female employed by Absa Bank Limited (hereinafter referred to as "the Bank", being a bank as defined in Section 1 of the Banks Act No. 94 of 1990 and Section 1 of the Criminal Procedure Act No. 51 of 1977) in the service of the Bank's Subpoena Department situated at 9 Lothbury Road, Ground Floor, Auckland Park, 2092.

2. I am a Quality Control Consultant responsible for *inter alia* the legal documentation procurement process and ensuring that all requests relating to subpoenas are dealt with effectively and timeously. By virtue thereof I am duly authorized to depose to this affidavit.

3. The facts herein contained, unless otherwise indicated, are within my own personal knowledge, and are to the best of my belief, both true and correct.

4. I hereby confirm that the documents listed below and attached to this affidavit, provided pursuant to and in accordance with the Subpoena in terms of Section 205 of the Criminal Procedure Act 51 of 1977 served on the Bank's Maitland branch on 28 August 2018 are correct printouts made by the Bank in the usual and ordinary course of the business of the Bank.

    4.1 **ANNEXURE S1** – Bank statements in the name of client MR RP SPANGNI for account number █████6442 dated 01/11/2009 to 31/05/2011

5. The aforesaid documents are or have been the ordinary records and documents of the Bank and have been compiled, printed or obtained in the usual and ordinary course of the business of the Bank. The aforesaid documents are in the custody or under the control of the Bank.

Initial here
C·J·V

6.  I have read this Affidavit before signing it. I know and understand the contents of this declaration. I have no objection to taking the prescribed oath. I consider the prescribed oath to be binding on my conscience.

*[signature]*
**DEPONENT**

SIGNED and SWORN before me, at Auckland Park on this 04 day September 2018, by the Deponent who has acknowledged that she knows and understands the contents of this Affidavit and she has declared that she has no objection to taking the oath, and she regards the oath as binding on his/her conscience and she has uttered the following words: - "I swear that the contents of this Affidavit are true, so help me God."

**COMMISSIONER OF OATHS**
**FULL NAMES:-**
**BUSINESS ADDRESS:-**
**OCCUPATION:-**

```
Signature/Handtekening
Commissioner of Oaths / Commissaris van Ede - Ex Officio
Full Names/Volle Name:    CHIPO NGANGA
Date/Datum: 04/09/2018    Capacity/Hoedanigheid: TEAM LEADER, SUBPOENAS
                                                 SPECIALISED OPERATIONS
Street Address/Straatadres:  9 Lothbury Road, Ground Floor
                             Auckland Park
ABSA Bank Limited/Beperk
Reg. No. 1986/004794/06      AUCKLAND PARK / 2092
```

Case 3:21-mj-04149   Document 6-6   Filed 07/30/21   Page 9 of 11 PageID #: 113

# AFFIDAVIT

I, the undersigned **Chervonne Volmenk**

Do hereby state under oath, that I am an adult Male Quality Assurance Consultants employed by Absa bank in the service of the subpoena's department, situated at Upper Ground Floor, 9 Lothbury Road, Auckland Park, Johannesburg.

I am duly authorized on behalf of Absa bank, to depose to this affidavit.

I declare that the contents of this statement are both true and correct.

This statement has been made with the knowledge that if it were tendered into a court, I could be liable to prosecution if I have willfully stated in it anything which I believe to be false or which I do not believe to be true.

I declare that I made this affidavit freely and voluntarily, that I am in my sound and sober senses and that I was not unduly influenced thereto.

I have been warned that anything I may say may be reduced to writing and that it may be used as evidence against me.

I have examined the records and the documents relating to this enquiry and hereby advise that on Friday, 28 August 2009, a fire broke out at DocuFile, a company that deals with document management for ABSA bank. I regret to inform you that I was unable to locate the documents stated below, which were requested in the subpoena served at our Absa Johannesburg Branch, as they were destroyed in the said fire.

**Documents requested: OPENING DOCUMENTS**

**Account number:** ███████6442

**Account name: MR RP SPANGNI**

**REG/ID: N/A**

**The case number for this fire is: 1207/8/2009-Midrand Fire Department**
**Investigating Officer: Sgnt. LH Mokolane**
**Tel: (011) 237 5000**

- **I know and understand the contents of this statement.**
- **I have no objection against taking the prescribed oath.**
- **I consider the oath to be binding on my conscience.**

THIS STATEMENT IS TRUE AND CORRECT - SO HELP ME GOD

*(signature)*
.................................
SIGNATURE

I certify that the deponent acknowledged that he knew and understood the contents of the above declaration, that I duly administered the oath prescribed by Regulation Number R1258 of July 1972, and thereafter the deponent in my presence signed the declaration.

**SIGNED AT JOHANNESBURG ON THIS 04 DAY OF SEPTEMBER 2018**

_____
Full names and designation
Of Commissioner of Oaths

*(Commissioner's stamp:)*
Signature/Handtekening
Commissioner of Oaths/Kommissaris van Ede - Ex Officio
Full Names/Volle Name: CHIPO NGANGA
Capacity/Hoedanigheid: TEAM LEADER, SUBPOENAS SPECIALISED OPERATIONS
Date/Datum: 04/09/2018
Street Address/Straatadres: 9 Lothbury Road, Ground Floor, Auckland Park
ABSA Bank Limited/Beperk
Reg. No. 1986/004794/06
AUCKLAND PARK / 2092

2