# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br>In the Matter of the Extradition of<br>Riccardo Paolo SPAGNI a/k/a Ricardo Paolo Spagni<br><br>*Defendant* | )<br>)<br>)  Case No. 21-mj-4149<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Riccardo Paolo SPAGNI a/k/a Ricardo Paolo Spagni                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☑ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Being a fugitive from South Africa, South Africa, for commiting fraud, in violation of the criminal laws of South Africa.

Date:   07/21/2021

*Issuing officer's signature*

Alistair E. Newbern, USMJ
*Printed name and title*

City and state:   Nashville, Tennessee

---

**Return**

This warrant was received on *(date)* 7-21-21, and the person was arrested on *(date)* 7-21-21
at *(city and state)* Nashville TN.

Date: 7-21-21

TFO
*Arresting officer's signature*

TFO Sawn J Creagn
*Printed name and title*