MAGISTRATE JUDGE NEWBERN COURTROOM MINUTES FOR CRIMINAL PROCEEDINGS
by VIDEOCONFERENCE

U.S.A. v. **Riccardo Paolo Spagni**, No. **21-mj-4149**

**ATTORNEY FOR GOVERNMENT:** Joe Montminy

**ATTORNEY FOR DEFENDANT:** Henry Leventis   AFPD   Panel   (Retained)

**PRETRIAL SERVICES/PROBATION OFFICER:** Cody Sutton

**INTERPRETER NEEDED?**   YES   **(NO)**   LANGUAGE/INTERPRETER: _____
☐ PRESENT   ☐ ON TELEPHONE

☒ Defendant consents to Initial App. and ☐ All future hearings before the Magistrate Judge by video conference.

☒ **INITIAL APPEARANCE**   ☐ ON A SUMMONS   ☒ ARRESTED ON: **7/21/21**
   DEFENDANT HAS A COPY OF:
   ☐ Complaint  ☐ Indictment  ☐ Information  ☐ Supervised Release Pet.  ☒ Other **Extradition Warrant from South Africa / Provisional Complaint**
   ☐ Defendant advised of the charges and the maximum penalties  ☐ Defendant has a copy of notice of rights
   ☒ Defendant advised of right to counsel       ☒ Counsel retained
   ☐ Defendant sworn and/or certified under penalty of perjury and financial affidavit filed       ☐ FPD Appointed
   ☒ Defendant advised of right to silence
   ☐ Defendant advised of right to **Consular notification**
   ☐ GOVERNMENT and DEFENDANT advised of Due Process Protections Act of 2020
   ☐ Defendant advised of right to preliminary hearing       ☐ Defendant waived preliminary hearing
   ☒ Government motion for detention       ☐ Defendant temporarily detained
   ☐ Defendant waived detention hearing       ☐ ICE detainer on defendant
   ☒ Defendant reserved right to hearing in future       ☐ Defendant to be returned to State custody
   ☒ Defendant to remain in Federal custody       ☐ Defendant waived rights under IAD
   ☐ Defendant remain on current conditions of supervised release
   ☐ Defendant ordered to psychological/psychiatric evaluation
   ☐ Defendant released on:
      ☐ Own recognizance with conditions of release   ☐ standard   ☐ special
      ☐ Appearance bond in the amount of: _____
      ☐ Property bond [description of property]: _____
   ☐ **RULE 5** - Defendant advised of right to identity hearing   ☐ Defendant waived identity hearing
   ☐ **RULE 5** - Defendant reserved right to have preliminary hearing in District of Prosecution
   ☐ **RULE 5** - Defendant elected to have detention hearing in District of Prosecution
   ☐ **RULE 5** - DEFENDANT ADVISED OF RIGHT TO RULE 20 TRANSFER
☒ ~~PRELIMINARY/DETENTION/ARRAIGNMENT~~ CONTINUED TO: **9/17/21 at 3:00 p.m.**
   **Status Conference**

☐ **GRAND JURY WAIVED IN OPEN COURT**   [Defendant sworn and advised of rights by Court]
☐ **ARRAIGNMENT**
   ☐ Defendant acknowledges he/she has copy of Indictment/Information   ☐ Court advised Def. of penalties
   ☐ Defendant waives reading thereof   ☐ Indictment/Information read to defendant by Judge
   **PLEA:** ☐ **GUILTY**   ☐ **NOT GUILTY**   ☐ Defendant intends to plead guilty and case referred to DJ

---

**DATE:** 7/21/21         **TOTAL TIME:** 13 min
**BEGIN TIME:** 4:39 p.m.   **END TIME:** 4:52 p.m.
*Digitally Recorded*

Form Revised 2/9/2018       Page 1 of 1

Case 3:21-mj-04149   Document 8   Filed 07/21/21   Page 1 of 1 PageID #: 117