UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RICCARDO PAOLO SPAGNI,<br><br>Defendant. | Case No. 3:21-mj-4149<br><br>Magistrate Judge Alistair E. Newbern |

## VIDEO HEARING ORDER

The United States has filed a motion asking that Defendant be detained pending trial. A hearing on that motion by video is **SET** on **Thursday, August 5, 2021, at 11:00 a.m.**

Pursuant to the Coronavirus Aid, Relief, and Economic Security Act (CARES Act), H.R. 748, this Court has found that emergency conditions exist throughout the Middle District of Tennessee due to COVID-19. (Administrative Order 209-1.) The Court has therefore approved the use of video teleconferencing, or telephone conferencing if video teleconferencing is not reasonably available, in certain criminal proceedings with the Defendant's consent. Defendant's counsel has informed the Court that Defendant consents to appearing by video.

Counsel must ensure that they will have access to an audio-and-video-capable device with a Google Chrome, Mozilla Firefox, or Safari browser installed and reliable internet access for the video hearing. Counsel must ensure that any witness they intend to call also has an audio-and-video-capable device and reliable internet access. Counsel shall provide the names of any witnesses they intend to call and a telephone number at which each witness can be reached during the hearing to Sarah_Dixon@tnmd.uscourts.gov no later than one hour before the hearing. Counsel shall be responsible for providing all information necessary to connect to the video hearing to any witness they intend to call.

All exhibits counsel intend to offer in the hearing must be emailed to Sarah_Dixon@tnmd.uscourts.gov and to opposing counsel no later than one hour before the hearing. Counsel shall ensure that all witnesses have copies of any documents they may be asked to review during the hearing.

If Defendant intends to propose a third-party custodian as a condition of release, that person must execute the Court's third-party custodian affidavit form, which will be provided upon request.

Upon request, the Court will provide a private video teleconference for Defendant and Defendant's counsel before the hearing begins. Counsel shall request the private conference and email Sarah_Dixon@tnmd.uscourts.gov of the time required, not to exceed 30 minutes, by one day before the hearing.

It is so ORDERED.

_____
Alistair E. Newbern
United States Magistrate Judge