UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RICCARDO PAOLO SPAGNI,<br><br>Defendant. | Case No. 3:21-mj-4149<br><br>Magistrate Judge Alistair E. Newbern |

# ORDER

Magistrate Judge Newbern received the following email addressed to her chambers email account on August 3, 2021, at 4:11 a.m. The email has been forwarded to all counsel of record and is reproduced in full below. Counsel shall remind their clients and all associated parties not to communicate with the Court by any means other than filings made in the Court record.

**From:** jkhg4ki8env7 <jkhg4ki8env7@protonmail.com>
**Sent:** Tuesday, August 03, 2021 4:11 AM
**To:** joe.montminy@usdoj.gov; mary.jane.stewart@usdoj.gov; Chambers Newbern <Newbern_Chambers@tnmd.uscourts.gov>
**Subject:** Regarding Riccardo Spagni

**CAUTION - EXTERNAL:**

I thought you might like to know that Riccardo Spagni was a prominent attendee at the Bitcoin conference on 4-5 June in Miami this year.

https://decrypt.co/73396/bitcoin-2021-miami-conference-covid-fiat-immoral-evil-money

You'll see a photo of him with Paris Hilton in the article above. He does not seem worried enough about COVID to avoid packed nightclubs and big crowds. The conference was infamously a COVID super-spreader event.

P.S. The $880K Richard Mille watch is not the only one in his collection. Here's another one worth $730K. His car collection includes a 458 Ferrari Spider valued at $260K, as well as a Lamborghini, among others.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge