MAGISTRATE JUDGE NEWBERN COURTROOM MINUTES FOR CRIMINAL PROCEEDINGS
by VIDEOCONFERENCE

U.S.A. v. **Riccardo Paolo Spagni**, No. **3:21-mj-4149**

ATTORNEY FOR GOVERNMENT: **Joe Montminy**

ATTORNEY FOR DEFENDANT: **Jonathan Farmer, Henry Leventis, Melissa Meister, Brian Klein**    AFPD    Panel    **(Retained)**

PRETRIAL SERVICES/PROBATION OFFICER: **Tiana Rock**

INTERPRETER NEEDED?    YES    **(NO)**    LANGUAGE/INTERPRETER: _____
☐ PRESENT    ☐ ON TELEPHONE

☐ Defendant consents to Initial App. and ☐ All future hearings before the Magistrate Judge by video conference.

☐ **INITIAL APPEARANCE** ☐ ON A SUMMONS ☐ ARRESTED ON: _____
DEFENDANT HAS A COPY OF:
☐ Complaint ☐ Indictment ☐ Information ☐ Supervised Release Pet. ☐ Other _____
☐ Defendant advised of the charges and the maximum penalties ☐ Defendant has a copy of notice of rights
☐ Defendant advised of right to counsel        ☐ Counsel retained
☐ Defendant sworn and/or certified under penalty of perjury and financial affidavit filed    ☐ FPD Appointed
☐ Defendant advised of right to silence
☐ Defendant advised of right to **Consular notification**
☐ GOVERNMENT and DEFENDANT advised of Due Process Protections Act of 2020
☐ Defendant advised of right to preliminary hearing    ☐ Defendant waived preliminary hearing
☐ Government motion for detention    ☐ Defendant temporarily detained
☐ Defendant waived detention hearing    ☐ ICE detainer on defendant
☐ Defendant reserved right to hearing in future    ☐ Defendant to be returned to State custody
☐ Defendant to remain in Federal custody    ☐ Defendant waived rights under IAD
☐ Defendant remain on current conditions of supervised release
☐ Defendant ordered to psychological/psychiatric evaluation
☐ Defendant released on:
    ☐ Own recognizance with conditions of release    ☐ standard    ☐ special
    ☐ Appearance bond in the amount of: _____
    ☐ Property bond [description of property]: _____
☐ **RULE 5** - Defendant advised of right to identity hearing    ☐ Defendant waived identity hearing
☐ **RULE 5** - Defendant reserved right to have preliminary hearing in District of Prosecution
☐ **RULE 5** - Defendant elected to have detention hearing in District of Prosecution
☐ **RULE 5** - DEFENDANT ADVISED OF RIGHT TO RULE 20 TRANSFER
☐ **PRELIMINARY/DETENTION/ARRAIGNMENT CONTINUED TO:** _____

☐ **GRAND JURY WAIVED IN OPEN COURT**    [Defendant sworn and advised of rights by Court]
☐ **ARRAIGNMENT**
    ☐ Defendant acknowledges he/she has copy of Indictment/Information    ☐ Court advised Def. of penalties
    ☐ Defendant waives reading thereof    ☐ Indictment/Information read to defendant by Judge
    **PLEA:** ☐ GUILTY    ☐ NOT GUILTY    ☐ Defendant intends to plead guilty and case referred to DJ

DATE: **8/5/21**    TOTAL TIME: **3hrs**
BEGIN TIME: **11:04 a.m.**    END TIME: **2:04 p.m.**
*Digitally Recorded*

Form Revised 2/9/2018    Page 1 of **2**

UNITED STATES OF AMERICA v. Riccardo Paolo Spagni    NO. 3:21-mj-4149

☐ **RULE 5 IDENTITY HEARING**
    ☐ Held, defendant found to be person named in warrant
    ☐ Held, defendant found NOT to be person named in warrant and released
    ☐ Waived in open Court

☐ **PRELIMINARY HEARING**    **CONTINUED TO:** _____
    ☐ Probable Cause found/Held to answer/bound over    ☐ Discharged from custody
    ☐ Defendant waived preliminary hearing
    ☐ RULE 5 - Held to answer in District of Prosecution
    ☐ RULE 5 - Defendant reserved right to have hearing in District of Prosecution

☒ **DETENTION HEARING**    **CONTINUED TO:** 8/9/21 @ 3:30 p.m.
    ☐ Government withdrew motion for detention or agreed to release
    ☐ Pretrial Services Report made a part of the record    ☐ Counsel moved to retain copy of PTSR/granted
    ☐ Bond set at: _____  ☐ Defendant released on [date]:_____
    ☐ RULE 5 - Defendant elected to have hearing in District of Prosecution
    ☐ Defendant waived detention hearing    ☐ Defendant reserved right to hearing in future
    ☐ Defendant detained, order to enter    ☐ ICE detainer pending
    ☐ Defendant to remain in Federal custody    ☐ Defendant to be returned to State custody
    ☐ Government moved for stay of execution of release pending appeal
        ☐ Motion granted    ☐ Motion denied
    ☐ Defendant advised of right to appeal  ☒ Under advisement

☐ **ARRAIGNMENT ON MISDEMEANOR**
    ☐ Defendant acknowledges he/she has copy of Indictment/Information
    ☐ Indictment/Information read to defendant by Judge    ☐ Defendant waives reading thereof
    **PLEA:** ☐ **GUILTY**    ☐ **NOT GUILTY**
    ☐ Misdemeanor - defendant consented to trial before Magistrate Judge
    ☐ Written plea agreement/filed in open Court    ☐ Oral plea agreement
    ☐ Guilty plea:    ☐ Accepted    ☐ Rejected    ☐ Taken under advisement

☐ **OTHER**
    ☐ Type of hearing and outcome: _____

☐ **DEFENDANT DID NOT APPEAR AS DIRECTED, BENCH WARRANT ISSUED**

---

**NOTES/EVIDENTIARY MATTERS/SENTENCING:**    (Witnesses, Exhibits, Attach W/Ex List if necessary)