# UNITED STATES DISTRICT COURT

| MIDDLE | DISTRICT OF | TENNESSEE |

UNITED STATES OF AMERICA

V.

RICCARDO PAOLO SPAGNI

**EXHIBIT AND WITNESS LIST**

Case Number: 3:21-mj-4149

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Magistrate Judge Alistair E. Newbern | Joe Montminy | Jonathan Farmer & Henry Levantis |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| Bond Hearing 8/5/21 | Audio | Sarah Dixon Russell |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | W1 | 8/5/2021 | X |  | Naveen Jain, Mr. Spagni's friend and business partner |
|  | W2 | 8/5/2021 | X |  | Alka Jain, Acquaintance to Mr. Spagni |
|  | W3 | 8/5/2021 | X |  | Jonathan Purnell, Mr. Spagni's friend and business partner |
| W1 |  | 8/5/2021 | X |  | Ashley Allen, United States Marshal |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages