IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 3:21-mj-04149-1 |
| In the Matter of the Extradition of Riccardo Paolo SPAGNI a/k/a Ricardo Paolo Spagni | |

## NOTICE OF FILING

Comes now Jonathan P. Farmer, Esq. and hereby gives notice of filing the Affidavit of Stephen George May in support of Defendant's application for bail attached hereto as Exhibit A.

Respectfully submitted:

BONE MCALLESTER NORTON PLLC

BY:   /s/ Jonathan Farmer
JONATHAN P. FARMER, BPR #020749
Suite 1000 - Nashville City Center
511 Union Street
Nashville, TN 37219
(615) 238-6300
(615) 238-6309 fax
jfarmer@bonelaw.com

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Notice of Appearance was served upon counsel for the government, Joseph P. Montminy, United States Attorney Office, by way of the electronic case filing system on this 9th day of August, 2021.

/s/ Jonathan Farmer
JONATHAN P. FARMER