# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:21-mj-04149 ) ) Magistrate Judge Alistair E. Newbern |
| RICCARDO PAOLO SPAGNI, | ) ) |
| Defendant. | ) |

## ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

Having satisfied the requirements of Local Rule 83.01(b), the Motions for Brian E. Klein and Melissa A. Meister to Appear Pro Hac Vice (Doc. Nos. 4 and 5) are **GRANTED**.

s/ Lynda M. Hill

Lynda M. Hill
Clerk of Court