UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RICCARDO PAOLO SPAGNI,<br><br>Defendant. | Case No. 3:21-mj-4149<br><br>Magistrate Judge Alistair E. Newbern |

# ORDER

The Court received the attached document by email from Riccardo Paolo Spagni's South African counsel Duncan Okes on August 29, 2021. It appears that counsel for all parties were also included on the email. Counsel are reminded that any documents they want to make a part of these proceedings must be filed with an appropriate notice or motion. Likewise, any request for action by the Court must be made in a properly filed motion.

It is so ORDERED.

ALISTAIR E. NEWBERN
United States Magistrate Judge

| NATIONAL PROSECUTING AUTHORITY | **DUNCAN OKES INC** | The Epi-Centre<br>55 van der Stel Street<br>**Tulbagh**<br>6820 |
|---|---|---|
| NDPP S. Batohi<br>Adv T. Berry<br>Adv J. Pienaar<br>Adv N. Davids | Reg No:<br>2002/009578/21<br><br>Attorneys, Business Law & Litigation | And<br><br>Ground Floor, Block D West,<br>Hans Merensky Office Park,<br>32 Van Buuren Road,<br>**Bedfordview** |
| Per email:<br>sbatohi@npa.gov.za<br>tberry@npa.gov.za<br>jepienaar@npa.gov.za<br>ndavids@npa.gov.za | | Mobile: (+27) 82 775 0204<br>Email:duncan@duncanokes.co.za<br>okesduncan7@gmail.com<br>kuhlmann.law@gmail.com<br><br>Our ref: D Okes/Spagni21071<br>Your ref: F93/2017<br><br>Date: 29 August 2021 |

Dear Advocates Batohi, Berry, Pienaar, Davidson,

**RE: RICCARDO PAOLO SPAGNI – EXTRADITION APPLICATION**

**USA CASE 3:21-mj-04149 dated July 21 2021**

As you are aware, we act for Riccardo Paolo Spagni in South Africa.

1. We wish to advise as follows:

   1.1. You will appreciate as of to date we have not been able to consult with our client, he having been incarcerated in Daviees County Detention Center, at the instance of the South African Government;

1.2. We obviously need to consult with our client and, for this reason, we wish to have our client return to South Africa, with immediate effect, to enable us to prepare for and achieve trial readiness;

1.3. Given the above, and given our instructions, please advise what your requirements are as to when our client is required to appear in court;

1.4. Please advise as to when this matter may be heard as we would wish to proceed with the matter and its resolution;

1.5. It follows from the above that our client is to be released immediately;

1.6. You will appreciate that we have to consult with my client and you will also appreciate, and we reiterate, that in the current circumstances we cannot, my client being incarcerated;

1.7. Accordingly, we cannot prepare for trial readiness;

1.8. Clearly the matter is in stalemate. To overcome this stalemate we need to make appropriate arrangements to ensure our client's return and accord us access to him;

1.9. To achieve the above:

   1.9.1. Consultation, and

   1.9.2. preparation for trial readiness;

1.10. Please advise as to your requirements to effect the above.

2. As appears from what is stated above, we agree to our client's return to South Africa.

3. However, how to achieve the orderly execution of the matter needs to be determined by agreement between ourselves.

4. Please advise as to your requirements.

5. Thank you for your kind assistance to date.

Yours faithfully,

**Duncan Okes**

(transmitted electronically without signature)