MAGISTRATE JUDGE NEWBERN COURTROOM MINUTES FOR CRIMINAL PROCEEDINGS
by VIDEOCONFERENCE

U.S.A. v. **Riccardo Paolo Spagni**, No. **3:21-mj-4149**

ATTORNEY FOR GOVERNMENT: **Joe Montminy**
ATTORNEY FOR DEFENDANT: **Jonathan Farmer, Melissa Meister, Henry Leventis, Brian Klein,** AFPD / Panel / **(Retained)**
PRETRIAL SERVICES/PROBATION OFFICER: **Andrea Testa**

INTERPRETER NEEDED? YES **(NO)** LANGUAGE/INTERPRETER: _____
☐ PRESENT   ☐ ON TELEPHONE

☑ Defendant consents to ~~Initial App.~~ **Status Conference** and ☐ All future hearings before the Magistrate Judge by video conference.

☐ **INITIAL APPEARANCE**   ☐ **ON A SUMMONS**   ☐ **ARRESTED ON:** _____
  DEFENDANT HAS A COPY OF:
    ☐ Complaint  ☐ Indictment  ☐ Information  ☐ Supervised Release Pet.  ☐ Other _____
    ☐ Defendant advised of the charges and the maximum penalties  ☐ Defendant has a copy of notice of rights
    ☐ Defendant advised of right to counsel          ☐ Counsel retained
    ☐ Defendant sworn and/or certified under penalty of perjury and financial affidavit filed     ☐ FPD Appointed
    ☐ Defendant advised of right to silence
    ☐ Defendant advised of right to **Consular notification**
    ☐ GOVERNMENT and DEFENDANT advised of Due Process Protections Act of 2020
    ☐ Defendant advised of right to preliminary hearing     ☐ Defendant waived preliminary hearing
    ☐ Government motion for detention                        ☐ Defendant temporarily detained
    ☐ Defendant waived detention hearing                     ☐ ICE detainer on defendant
    ☐ Defendant reserved right to hearing in future          ☐ Defendant to be returned to State custody
    ☐ Defendant to remain in Federal custody                 ☐ Defendant waived rights under IAD
    ☐ Defendant remain on current conditions of supervised release
    ☐ Defendant ordered to psychological/psychiatric evaluation
    ☐ Defendant released on:
        ☐ Own recognizance with conditions of release   ☐ standard   ☐ special
        ☐ Appearance bond in the amount of: _____
        ☐ Property bond [description of property]: _____
    ☐ **RULE 5** - Defendant advised of right to identity hearing   ☐ Defendant waived identity hearing
    ☐ **RULE 5** - Defendant reserved right to have preliminary hearing in District of Prosecution
    ☐ **RULE 5** - Defendant elected to have detention hearing in District of Prosecution
    ☐ **RULE 5** - DEFENDANT ADVISED OF RIGHT TO RULE 20 TRANSFER
☐ **PRELIMINARY/DETENTION/ARRAIGNMENT CONTINUED TO:** _____

☐ **GRAND JURY WAIVED IN OPEN COURT**   [Defendant sworn and advised of rights by Court]
☐ **ARRAIGNMENT**
    ☐ Defendant acknowledges he/she has copy of Indictment/Information   ☐ Court advised Def. of penalties
    ☐ Defendant waives reading thereof            ☐ Indictment/Information read to defendant by Judge
    **PLEA:** ☐ **GUILTY**   ☐ **NOT GUILTY**    ☐ Defendant intends to plead guilty and case referred to DJ

DATE: **9/20/21**                TOTAL TIME: **40 min**
BEGIN TIME: **12:02 p.m.**       END TIME: **12:42 p.m.**
*Digitally Recorded*

UNITED STATES OF AMERICA v. Riccardo Paolo Spagni   NO. 3:21-mj-4149

☐ **RULE 5 IDENTITY HEARING**
　　☐ Held, defendant found to be person named in warrant
　　☐ Held, defendant found NOT to be person named in warrant and released
　　☐ Waived in open Court

☐ **PRELIMINARY HEARING**　　　　CONTINUED TO: _____
　　☐ Probable Cause found/Held to answer/bound over　　☐ Discharged from custody
　　☐ Defendant waived preliminary hearing
　　☐ RULE 5 - Held to answer in District of Prosecution
　　☐ RULE 5 - Defendant reserved right to have hearing in District of Prosecution

☐ **DETENTION HEARING**　　　　CONTINUED TO: _____
　　☐ Government withdrew motion for detention or agreed to release
　　☐ Pretrial Services Report made a part of the record　　☐ Counsel moved to retain copy of PTSR/granted
　　☐ Bond set at: _____　☐ Defendant released on [date]:_____
　　☐ RULE 5 - Defendant elected to have hearing in District of Prosecution
　　☐ Defendant waived detention hearing　　☐ Defendant reserved right to hearing in future
　　☐ Defendant detained, order to enter　　☐ ICE detainer pending
　　☐ Defendant to remain in Federal custody　　☐ Defendant to be returned to State custody
　　☐ Government moved for stay of execution of release pending appeal
　　　　☐ Motion granted　　☐ Motion denied
　　☐ Defendant advised of right to appeal

☐ **ARRAIGNMENT ON MISDEMEANOR**
　　☐ Defendant acknowledges he/she has copy of Indictment/Information
　　☐ Indictment/Information read to defendant by Judge　　☐ Defendant waives reading thereof
　　**PLEA:** ☐ **GUILTY**　☐ **NOT GUILTY**
　　☐ Misdemeanor - defendant consented to trial before Magistrate Judge
　　☐ Written plea agreement/filed in open Court　　☐ Oral plea agreement
　　☐ Guilty plea:　　☐ Accepted　　☐ Rejected　　☐ Taken under advisement

☒ **OTHER**
　　☒ Type of hearing and outcome: Status Conference; Mr. Spagni is to be released on conditions on 9/20/21.

☐ **DEFENDANT DID NOT APPEAR AS DIRECTED, BENCH WARRANT ISSUED**

---

**NOTES/EVIDENTIARY MATTERS/SENTENCING:**　　(Witnesses, Exhibits, Attach W/Ex List if necessary)