> ORDER:
> The motion is **GRANTED**.
>
> *[signature]*
> Alistair E. Newbern
> U.S. Magistrate Judge

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **In the Matter of the Extradition of** | ) | |
| | ) | |
| **Riccardo Paolo Spagni a/k/a** | ) | Case No. 3:21-mj-04149-1 |
| | ) | |
| **Ricardo Paolo Spagni** | ) | Magistrate Judge Alistair E. Newbern |

## DEFENDANT'S UNOPPOSED MOTION TO CONTINUE HEARING DATE AND ACCOMPANYING FILING DEADLINES

Riccardo Paolo Spagni a/k/a Ricardo Paolo Spagni ("Spagni"), through counsel, moves the Court for an ORDER continuing the hearing date of this matter and all accompanying filing deadlines. In support, undersigned counsel submits that additional time is required to evaluate and assess the Government's legal position, to adequately prepare for the hearing in this matter, and to provide effective representation to Spagni.

Undersigned counsel has consulted with the Government regarding this Motion, and has consulted with the Government regarding an agreed revised briefing schedule and hearing date. The Government does not oppose the Motion.

Spagni respectfully requests the Court adopt the following revised briefing schedule:

- Spagni's Response to the Government's initial filing shall be filed on February 25, 2022.

- The Government's Reply, if any, shall be filed on March 11, 2022.

- The Hearing on this matter shall be conducted on April 7th, 2022 at 10:30am.

Respectfully submitted,

 */s/ Jonathan Farmer*
Jonathan P. Farmer (BPR 020749)
511 Union St, Suite 1000
Nashville, TN 37219
(P) 615-238-6300
jfarmer@spencerfane.com

 */s/ Brian E. Klein*
Brian E. Klein
Melissa A. Meister
WAYMAKER LLP
777 S. Figueroa Street, Suite 2850
Los Angeles, CA 90017
(P) 424-652-7800
bklein@waymakerlaw.com
mmeister@waymakerlaw.com
Admitted Pro Hac Vice

Counsel for Riccardo Spagni

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to all attorneys of record.

 */s/ Jonathan Farmer*
Jonathan Farmer