UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RICCARDO PAOLO SPAGNI,<br><br>Defendant. | Case No. 3:21-mj-04149<br><br>Magistrate Judge Alistair E. Newbern |

## ORDER

On March 1, 2022, the Court ordered the release of Riccardo Paolo Spagni's Italian passport to the custody of his counsel for the limited purpose of Spagni obtaining a Tennessee driver's license. (Doc. No. 38.) Spagni's counsel report that, unsurprisingly, this process was not able to be completed in one day and therefore ask the Court to release Spagni's passport to their custody for a second time so that Spagni may take his driver's test. The United States has indicated that it does not oppose this request.

Accordingly, the Pretrial Services Officer is ORDERED to release Spagni's passport to his counsel under the same terms set out in the Court's March 1, 2022 order (Doc. No. 38). Counsel shall again return the passport to the Pretrial Services Officer immediately after Spagni has completed the necessary tasks at the Department of Motor Vehicles.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge