UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:21-mj-4149 |
| v. | |
| RICCARDO PAOLO SPAGNI, | Magistrate Judge Alistair E. Newbern |
| Defendant. | |

## **ORDER**

Riccardo Paolo Spagni moves for the temporary release of his passport to his counsel so that Spagni may apply for a Social Security Number. Spagni's motion states that the United States opposes the requested relief. The United States shall file its response in opposition by April 15, 2022.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge