UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RICCARDO PAOLO SPAGNI,<br><br>Defendant. | Case No. 3:21-mj-4149<br><br>Magistrate Judge Alistair E. Newbern |

## **ORDER**

The United States filed an unopposed motion to continue the extradition hearing set on May 12, 2022. (Doc. No. 48.) The motion is GRANTED. The extradition hearing by video is set on May 25, 2022, at 11:00 a.m.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge