UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RICCARDO PAOLO SPAGNI,<br><br>Defendant. | Case No. 3:21-mj-4149<br><br>Magistrate Judge Alistair E. Newbern |

## **ORDER**

Riccardo Paolo Spagni has moved to strike a supplemental affidavit filed by the United States and related to the ongoing extradition proceedings. The United States shall file any response in opposition to the motion to strike by May 20, 2022.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge