UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RICCARDO PAOLO SPAGNI,<br><br>Defendant. | Case No. 3:21-mj-4149<br><br>Magistrate Judge Alistair E. Newbern |

# ORDER

Riccardo Paolo Spagni has moved for the temporary release of his passport so that he may apply for a Social Security Number (Doc. No. 43). The United States opposes the motion (Doc. No. 45). The Court finds that prior temporary release of Spagni's passport for limited purposes on the terms proposed by his counsel has been successful. Accordingly, Spagni's motion is GRANTED.

Pretrial Services shall release Spagni's passport to his counsel of record, Jonathan Farmer, at a mutually convenient date and time.

Counsel shall maintain possession of the passport and shall accompany Spagni to complete the necessary documentation to obtain a Social Security Number. Counsel shall not transfer possession of the passport to Spagni at any time.

Counsel shall ensure that the passport is returned to Pretrial Services on the same day that it is released.

The passport shall not be used for any purpose other than obtaining a Social Security Number for Spagni.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge