UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RICCARDO PAOLO SPAGNI,<br><br>Defendant. | Case No. 3:21-mj-4149<br><br>Magistrate Judge Alistair E. Newbern |

## ORDER

Riccardo Paolo Spagni filed a motion to strike the United States' supplemental filing related to his extradition proceedings (Doc. No. 51). Spagni has now waived his right to an extradition hearing, rendering the motion to strike moot. It is DENIED on that basis.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge