IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| In The Matter of the Extradition | ) | |
| | ) | |
| of Riccardo Paolo Spagni a/k/a | ) | No. 3:21-mj-04149-1 |
| | ) | Magistrate Judge Alistair E. Newbern |
| Ricardo Paolo Spagni | ) | |

## JOINT MOTION TO MODIFY ORDER OF SURRENDER

COMES NOW the United States of America, by and through the undersigned Assistant U.S. Attorney Joe Montminy, and defense counsel for Mr. Spagni, Jonathan P. Farmer, and hereby jointly respectfully requests the Court Modify the Order of Surrender in the above-captioned case.

1. This Court has previously ORDERED the following: "[T]he United States shall notify Spagni of the date on which duly authorized representatives of the Government of South Africa will depart South Africa to effectuate his arrest. On the eve of the date on which the South African representatives begin their travel, Spagni shall surrender as directed by the United States to the United States Marshal." (ORDER, DE#56, PageID#605)

2. The United States has notified Spagni that the representatives of the Government of South Africa will depart South Africa to effectuate his arrest on July 5, 2022.

3. Given that the "eve" of July 5, 2022 is a federal Holiday, the parties have agreed to have Spagni surrender to the United States Marshals on July 5, 2022 at 9 a.m.

4. This proposed modified surrender date and time has been approved by pretrial services and by the United States Marshals.

5. A surrender not on the "eve" of July 5, 2022 but, instead, on July 5, 2022 at 9 a.m. inures to the benefit of Mr. Spagni because Mr. Spagni will not have to be in custody during the evening of July 4, 2022.

6. Consequently, the parties jointly request that this Court order that Spagni surrender on July 5, 2022 at 9 a.m.

Respectfully submitted,

MARK H. WILDASIN
United States Attorney for the
Middle District of Tennessee


*/s/Joseph P. Montminy*
JOSEPH P. MONTINY
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203
Telephone: 615-736-5151

## CERTIFICATE OF SERVICE

   I hereby certify that on June 30, 2022, I electronically served one copy of the response with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to the Defendant's counsel.

                     ***/s/Joseph P. Montminy***
                      JOSEPH P. MONTINY
                      Assistant United States Attorney
                      719 Church Street, Suite 3300
                      Nashville, Tennessee 37203
                      Telephone: 615-736-5151